UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* WAYNE HARRINGTON, <br><br> Plaintiff, <br><br> v. <br><br> SANOFI PASTEUR, INC., et al. <br><br> Defendants. | CASE NO. 23-CV-00781-JST <br><br> [PROPOSED] ORDER <br><br> **FILED UNDER SEAL** |

## [PROPOSED] ORDER

The Relator, Wayne Harrington, having filed a Notice of Voluntary Dismissal of this action, and the United States having filed its Notice of Consent to Dismissal, pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(1), the Court rules as follows:

IT IS ORDERED that,

1. This action is dismissed without prejudice as to the United States;

2. The parties' April 26, 2023 stipulation and request for enlargement of time and to vacate case management dates, the Court's April 28, 2023 Order, the parties' May 30, 2023 stipulation and request to partially lift the seal, and the Court's June 15, 2023 Order shall remain under seal and not be made public.

3. All other filings to date, and all subsequent filings in this action, shall be unsealed.

This  11th  day of     October    , 2023.

HON. JON S. TIGAR
United States District Judge

[PROPOSED] ORDER
23-cv-00781-JST